**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| CALIFORNIA AREA SCHOOL DISTRICT, | : | No. 330 WAL 2019 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Published Opinion and** |
| v. | : | **Order** of the Commonwealth Court |
| | : | at No. 1570 CD 2018, at 213 A.3d |
| | : | 381 (Pa. Cmwlth. 2019) entered on |
| CALIFORNIA AREA EDUCATION | : | July 10, 2019, **affirming and** |
| ASSOCIATION, PSEA/NEA, | : | **reversing** the Order of the |
| | : | Washington County Court of |
| Petitioner | : | Common Pleas at No. No. 2017- |
| | : | 3169 entered on August 23, 2018 |

## ORDER

**PER CURIAM**

 **AND NOW**, this 1st day of May, 2020, the Petition for Allowance of Appeal is **GRANTED**, the orders of the Commonwealth Court and the Washington County Court of Common Pleas are **VACATED**, and the arbitrator's award of May 29, 2017 is **REINSTATED**. *Millcreek Township School District v. Millcreek Township Educational Support Personnel Association*, 210 A.3d 993, 1002 (Pa. 2019) (under the essence test, arbitration award under the Public Employe Relations Act "is to be respected by the judiciary if the interpretation can in any rational way be derived from the [collective bargaining] agreement" and "must be affirmed unless it indisputably and genuinely is without foundation in, or fails to logically flow from, the collective bargaining agreement" (internal quotation marks omitted)).